1  CHARLES F. PREUSS (State Bar No. 45783)
   THOMAS W. PULLIAM, JR. (State Bar No. 46322)
2  BENJAMIN J. HOLL (State Bar No. 200630)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  JOHNSON & JOHNSON, MCNEIL CONSUMER
   HEALTHCARE, a Division of MCNEIL-PPC, INC.,
7  MCKESSON CORPORATION, and WAL-MART
   STORES, INC.
8

ENDORSED
FILED
San Francisco County Superior Cour

OCT 2 9 2007

GORDON PARK-LI, Clerk
BY: _____ WESLEY RAMIREZ _____
Deputy Clerk

9
10                SUPERIOR COURT OF THE STATE OF CALIFORNIA
11                   FOR THE COUNTY OF SAN FRANCISCO

12  THOMAS B. GAINES, a deceased minor          Case No. CGC-06-457600
    child by and through his personal
13  representative(s) and/or successor(s) in
    interest; DIANA L. GAINES, individually,    **NOTICE OF REMOVAL TO FEDERAL
14  as Executor of the Estate of Thomas B.       COURT UNDER 28 U.S.C. § 1441(b)
    Gaines, and as Thomas B. Gaines' personal    [DIVERSITY]**
15  representative and successor in interest;
    GARY D. GAINES, individually and as
16  Thomas B. Gaines' personal representative
    and successor in interest; and THE
17  ESTATE OF THOMAS B. GAINES,

18                        Plaintiffs,

19        v.

20  JOHNSON & JOHNSON, a New Jersey
    corporation; MCNEIL CONSUMER &
21  SPECIALTY PHARMACEUTICALS, a
    Division of MCNEIL-PPC, INC., a New
22  Jersey corporation; MCKESSON
    CORPORATION, a Delaware corporation;
23  WAL-MART STORES, INC., a Delaware
    corporation; and DOES 1 through 100,
24  inclusive,

25                        Defendants.

26  ///

27  ///

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390127\1

NOTICE OF REMOVAL TO FEDERAL COURT

1    **TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that Defendants Johnson & Johnson, McNeil

3    Consumer Healthcare, a Division of McNeil-PPC, Inc. (erroneously sued as McNeil

4    Consumer & Specialty Pharmaceuticals, a Division of McNeil-PPC, Inc.), and Wal-Mart

5    Stores, Inc. removed the above-entitled action to the United States District Court for the

6    Northern District of California, on October 29, 2007.  A true and correct copy of the

7    Notice of Removal and Removal and all related papers are attached collectively to this

8    Notice as Exhibit A.

9

10

11   Dated: October 27, 2007                          DRINKER BIDDLE & REATH LLP

12                                                    *(signature)*

13                                                    THOMAS W. PULLIAM, JR.

14                                                    Attorneys for Defendants
                                                      JOHNSON & JOHNSON, MCNEIL
15                                                    CONSUMER HEALTHCARE, a Division
                                                      of MCNEIL-PPC, INC., MCKESSON
16                                                    CORPORATION, and WAL-MART
                                                      STORES, INC.

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390127\1

## CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On October 29, 2007, I caused to be served the following document(s):

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) [DIVERSITY]**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Michael J. Avenatti, Esq.
GREENE BROILLET & WHEELER
100 Wilshire Blvd., Suite 2100
Santa Monica, CA 90401
Telephone: (310) 576-1200
Facsmilie: (310) 576-1220
E-mail: mavenatti@gbpwlaw.com
*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2007 at San Francisco, California.

GLORIA CADENA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE