CHARLES F. PREUSS (State Bar No. 45783)
THOMAS W. PULLIAM, JR. (State Bar No. 46322)
BENJAMIN J. HOLL (State Bar No. 200630)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
JOHNSON & JOHNSON, MCNEIL CONSUMER
HEALTHCARE, a Division of MCNEIL-PPC, INC.,
MCKESSON CORPORATION, and WAL-MART
STORES, INC.

ORIGINAL FILED

OCT 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

THOMAS B. GAINES, a deceased minor child by and through his personal representative(s) and/or successor(s) in interest; DIANA L. GAINES, individually, as Executor of the Estate of Thomas B. Gaines, and as Thomas B. Gaines' personal representative and successor in interest; GARY D. GAINES, individually and as Thomas B. Gaines' personal representative and successor in interest; and THE ESTATE OF THOMAS B. GAINES,

Plaintiffs,

v.

JOHNSON & JOHNSON, a New Jersey corporation; MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 07 5503

**DECLARATION OF THOMAS W. PULLIAM, JR. IN SUPPORT OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]**

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390139\1   DECLARATION OF THOMAS W. PULLIAM IN SUPPORT OF REMOVAL   CASE NO.

I, THOMAS W. PULLIAM, JR., declare:

1. I am an attorney admitted to practice before all courts of the State of California and am a partner with Drinker Biddle & Reath, LLP, attorneys for Defendants Johnson & Johnson, McNeil Consumer Healthcare Division of McNeil-PPC, Inc. (erroneously sued as McNeil Consumer & Specialty Pharmaceuticals, a Division of McNeil-PPC, Inc.) ("McNeil"), Wal-Mart Stores, Inc. ("Wal-Mart"), and McKesson Corporation ("McKesson") in this action (collectively "Defendants"). I make this Declaration based on my personal knowledge, in support of Johnson & Johnson's, McNeil's, and Wal-Mart's (collectively "Removing Defendants") removal of *Gaines, et. al. v. Johnson & Johnson, et. al.* (Case No. CGC-06-457600, Superior Court, County of San Francisco, California) to this Court. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. True and accurate copies of the Summons and Complaint in this action are attached as **Exhibit A**. The only other state court pleadings known to Defendants to have been filed and served on Defendants in this action are attached as **Exhibit B**. For the Court's convenience, a true and accurate copy of the Answer filed by Defendants in this action is attached as **Exhibit C**.

3. Johnson & Johnson was and is a corporation existing under the laws of the State of New Jersey, with its principal place of business in New Jersey.

4. McNeil was and is a corporation existing under the laws of the State of New Jersey, with its principal place of business in Pennsylvania.

5. Wal-Mart was and is a corporation existing under the laws of the State of Delaware, with its principal place of business in Arkansas.

6. McKesson was and is a corporation existing under the laws of the State of Delaware, with its principal place of business in San Francisco, California. McKesson consents to removal of this action to this Court.

7. The Removing Defendants will file a notice of the filing of this Notice of Removal and Removal in the San Francisco County Superior Court and will serve

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\390139\1    DECLARATION OF THOMAS W. PULLIAM IN SUPPORT OF REMOVAL    CASE NO.

plaintiffs' counsel with a copy.

8. Attached as **Exhibit D** is a true and accurate copy of Plaintiffs' Responses to Defendants' First Set of Special Interrogatories, served on February 12, 2007.

9. Attached as **Exhibit E** is a true and accurate copy of Plaintiffs' Supplemental Responses to Defendants' First Set of Special Interrogatories, served on May 3, 2007.

10. Attached as **Exhibit F** is a true and accurate copy of McKesson's Response to Plaintiffs' Special Interrogatories, Set One, served August 6, 2007.

11. Attached as **Exhibit G** is a true and accurate copy of Wal-Mart's Response to Plaintiffs' Special Interrogatories, Set One, served August 6, 2007.

12. Attached as **Exhibit H** is a true and correct copy of Plaintiffs' Supplemental Response to Defendants' First Request for Production of Documents, served on May 3, 2007, including three news articles (dated April 15, 2002, November 24, 2006, and November 25, 2006) that were attached thereto.

13. Attached as **Exhibit I** is a true and accurate copy of the Declaration of Beverly Taylor, Pharmacy Manager for the pharmacy of the Wal-Mart Store in Lincolnton, North Carolina (Store 1209). Defendants' counsel received the Declaration of Beverly Taylor on October 9, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2007.

*[signature]*
THOMAS W. PULLIAM, JR.

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390139\1

3

DECLARATION OF THOMAS W. PULLIAM IN SUPPORT OF REMOVAL          CASE NO.