CHARLES F. PREUSS (State Bar No. 45783)
THOMAS W. PULLIAM, JR. (State Bar No. 46322)
BENJAMIN J. HOLL (State Bar No. 200630)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
JOHNSON & JOHNSON, MCNEIL CONSUMER
HEALTHCARE, a Division of MCNEIL-PPC, INC.,
MCKESSON CORPORATION, and WAL-MART
STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 5503 EMC

| | |
|---|---|
| THOMAS B. GAINES, a deceased minor child by and through his personal representative(s) and/or successor(s) in interest; DIANA L. GAINES, individually, as Executor of the Estate of Thomas B. Gaines, and as Thomas B. Gaines' personal representative and successor in interest; GARY D. GAINES, individually and as Thomas B. Gaines' personal representative and successor in interest; and THE ESTATE OF THOMAS B. GAINES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey corporation; MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF JOHNSON & JOHNSON**<br>**[F.R.C.P. 7.1]** |

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390132\1

DISCLOSURE STATEMENT OF JOHNSON & JOHNSON                                                                                       CASE NO.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Johnson & Johnson submits the following disclosure statement: There is no parent corporation of Johnson & Johnson and no publicly held corporation owns 10% or more of its stock.

Dated: October 29, 2007

DRINKER BIDDLE & REATH LLP

*[signature]*
THOMAS W. PULLIAM, JR.

Attorneys for Defendants
JOHNSON & JOHNSON, MCNEIL CONSUMER HEALTHCARE, a Division of MCNEIL-PPC, INC., MCKESSON CORPORATION, and WAL-MART STORES, INC.