1  CHARLES F. PREUSS (State Bar No. 45783)
   THOMAS W. PULLIAM, JR. (State Bar No. 46322)
2  BENJAMIN J. HOLL (State Bar No. 200630)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  JOHNSON & JOHNSON, MCNEIL CONSUMER
   HEALTHCARE, a Division of MCNEIL-PPC, INC.,
7  MCKESSON CORPORATION, and WAL-MART
   STORES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION

                                              C 07 5503

| | |
|---|---|
| THOMAS B. GAINES, a deceased minor child by and through his personal representative(s) and/or successor(s) in interest; DIANA L. GAINES, individually, as Executor of the Estate of Thomas B. Gaines, and as Thomas B. Gaines' personal representative and successor in interest; GARY D. GAINES, individually and as Thomas B. Gaines' personal representative and successor in interest; and THE ESTATE OF THOMAS B. GAINES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey corporation; MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF MCNEIL CONSUMER HEALTHCARE DIVISION OF MCNEIL-PPC, INC.**<br>[F.R.C.P. 7.1] |

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390131\1   DISCLOSURE STATEMENT OF MCNEIL CONSUMER HEALTHCARE                      CASE NO.

1     Pursuant to Federal Rule of Civil Procedure 7.1, defendant McNeil Consumer Healthcare Division of McNeil-PPC, Inc., erroneously sued as McNeil Consumer & Specialty Pharmaceuticals, submits the following disclosure statement: McNeil Consumer Healthcare, formerly known as and erroneously sued as McNeil Consumer & Specialty Pharmaceuticals, is a division of McNeil-PPC, Inc., which is a subsidiary of Ortho-Clinical Diagnostics, Inc., which is a subsidiary of Ortho-McNeil Pharmaceutical, Inc., which is a subsidiary of Johnson & Johnson.

Dated: October 29, 2007

DRINKER BIDDLE & REATH LLP

*/s/ Thomas W. Pulliam*
THOMAS W. PULLIAM, JR.

Attorneys for Defendants
JOHNSON & JOHNSON, MCNEIL CONSUMER HEALTHCARE, a Division of MCNEIL-PPC, INC., MCKESSON CORPORATION, and WAL-MART STORES, INC.