1  CHARLES F. PREUSS (State Bar No. 45783)
   THOMAS W. PULLIAM, JR. (State Bar No. 46322)
2  CHERYL A. SABNIS (State Bar No. 224323)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  JOHNSON & JOHNSON, MCNEIL CONSUMER
   HEALTHCARE, a Division of MCNEIL-PPC, INC.
7  (erroneously sued as MCNEIL CONSUMER & SPECIALTY
   PHARMACEUTICALS,
8  a Division of MCNEIL-PPC, INC.), MCKESSON
   CORPORATION, and WAL-MART STORES, INC.
9

10                  UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 | THOMAS B. GAINES, a deceased minor child | Case No. C 07 5503
14 | by and through his personal representative(s) and/or successor(s) in interest; DIANA L.
15 | GAINES, individually, as Executor of the | **CERTIFICATE OF SERVICE**
   | Estate of Thomas B. Gaines, and as Thomas B.
16 | Gaines' personal representative and successor in interest; GARY D. GAINES, individually
17 | and as Thomas B. Gaines' personal representative and successor in interest; and
18 | THE ESTATE OF THOMAS B. GAINES,

19                Plaintiffs,

20         v.

21 JOHNSON & JOHNSON, a New Jersey
   corporation; MCNEIL CONSUMER &
22 SPECIALTY PHARMACEUTICALS, a
   Division of MCNEIL-PPC, INC., a New Jersey
23 corporation; MCKESSON CORPORATION, a
   Delaware corporation; WAL-MART STORES,
24 INC., a Delaware corporation; and DOES 1
   through 100, inclusive,

25              Defendants.

26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

# CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On October 29, 2007, I caused to be served the following document(s):

1. Civil Cover Sheet;

2. Notice of Removal and Removal of Action Under 28 U.S.C. § 1441(b) [DIVERSITY];

3. Declaration of Thomas W. Pulliam, Jr. in Support of Removal of Action Under 28 U.S.C. § 1441(b) [DIVERSITY];

4. Disclosure Statement of Johnson & Johnson [F.R.C.P. 7.1];

5. Disclosure Statement of McNeil Consumer Healthcare Division of McNeil-PCC, Inc. [F.R.C.P. 7.1];

6. Disclosure Statement of Wal-Mart Stores, Inc. [F.R.C.P. 7.1];

7. Disclosure Statement of McKesson Corporation [F.R.C.P. 7.1];

8. Defendants' Certification of Interested Entities or Persons [CIV. L.R. 3-16].

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL & E-MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\380389\1

| | |
|---|---|
| 1 | |
| 2 | Michael J. Avenatti, Esq.<br>GREENE BROILLET & WHEELER |
| 3 | 100 Wilshire Blvd., Suite 2100<br>Santa Monica, CA 90401 |
| 4 | Telephone: (310) 576-1200<br>Facsmilie: (310) 576-1220 |
| 5 | E-mail: mavenatti@gbpwlaw.com<br>***Counsel for Plaintiffs*** |

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 29, 2007 at San Francisco, California.

*/s/ Gloria Cadena*
GLORIA CADENA

 

**package id**
0028964

**ship date**
Mon, Oct 29

**to**
Michael J. Avenatti, Esq.
Greene Broillet & Wheeler
100 Wilshire Blvd
Ste 2100
Santa Monica, CA 90401-1162 US
310-576-1200

**residential address**
No

**return label**
No

**notification type**
Delivery

**notification recipients**
gloria.cadena@dbr.com

**from**
Gloria Cadena (CADENAGM)
Drinker Biddle & Reath LLP
50 Fremont Street
San Francisco, CA 94105
US
415-591-7523

**billing**
Johnson & Johnson.GAINES, DIANA L. AND GARY D. (040729.234234)

**operator**
Gloria Cadena
415-591-7500
gloria.cadena@dbr.com

**create time**
10/29/07, 1:43PM

**vendor**
FedEx

**tracking number**
798796941112

**service**
FedEx Standard Overnight

**packaging**
FedEx Pak

**dimensions**
5.0 LBS

**signature**
Direct signature - at address

**courtesy quote**
29.35
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.