1  GREENE BROILLET & WHEELER, LLP
   LAWYERS
   BROWNE GREENE, STATE BAR NO. 38441
2  ALAN VAN GELDER, STATE BAR NO. 221820
   100 WILSHIRE BOULEVARD, SUITE 2100
   P.O. BOX 2131
3  SANTA MONICA, CALIFORNIA 90407-2131
   TEL. (310) 576-1200
   FAX. (310) 576-1220
4
   LAW OFFICES OF BRIAN D. WITZER, INC.
5  BRIAN D. WITZER, ESQ., STATE BAR NO. 123277
   ANDREW J. SPEILBERGER, ESQ., STATE BAR NO. 120231
   DANIEL BALABAN, ESQ., STATE BAR NO. 243652
6  WITZER LAW BUILDING
   8752 HOLLOWAY DRIVE
   WEST HOLLYWOOD, CALIFORNIA 90069-2327
7  TEL. (310) 777-5999
   FAX. (310) 777-5988

(SPACE BELOW FOR FILING STAMP ONLY)

8  Attorneys for ___Plaintiffs___

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  THOMAS B. GAINES, a deceased minor          )  CASE NO.  3:07-cv-05503.EMC
    child by and through his personal           )  (formerly CGC -06-457600)
15  representative(s) and/or successor(s) in    )
    interest; DIANA L. GAINES, individually, as )  **[PROPOSED] ORDER RE**
16  Executor of the Estate of Thomas B. Gaines, )  **PLAINTIFF'S MOTION TO**
    and as Thomas B. Gaines' personal           )  **REMAND**
17  representative and successor in interest;   )
    GARY D. GAINES, as individually and as      )  MAGISTRATE JUDGE EDWARD
18  Thomas B. Gaines' personal representative   )  M. CHEN
    and successor of interest; and THE ESTATE   )
19  OF THOMAS B. GAINES,                        )  Complaint Filed: November 3, 2006
                                                )
20                          Plaintiffs,         )
                                                )
21              vs.                             )
                                                )
22  JOHNSON & JOHNSON, a New Jersey             )
    corporation; MCNEIL CONSUMER &              )
23  SPECIALTY PHARMACEUTICALS, a                )
    Division of MCNEIL-PPC, INC., a New         )
24  Jersey corporation; MCKESSON                )
    CORPORATION, a Delaware corporation;        )
25  WAL-MART STORES, INC., a Delaware           )
    corporation; and DOES 1 through 100,        )
26  inclusive,                                  )
                                                )
27                          Defendants.         )
                                                )
28

-1-
[Proposed] Order Re Remand

179E.D8

# ORDER

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On January 30, 2008 in the above entitled Court, Plaintiffs' Motion to Remand was heard. Having considered the papers submitted by the parties and having considered the arguments of the parties in connection with Plaintiffs' Motion to Remand, the Court finding good cause hereby issues the following Order:

1. Plaintiff's Motion to Remand is GRANTED.

2. The matter of Thomas Gaines et al v. Johnson and Johnson et al. is hereby remanded back to Superior Court of San Francisco.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Edward Chen
Judge of United States District Court

PROOF OF SERVICE
(C.C.P. 1013A, 2015.5)

**STATE OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 100 Wilshire Boulevard, 21st Floor, Santa Monica, California 90401.

On **November 28, 2007** I served the foregoing document, described as

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO REMAND**

on the interested parties in this action

__X__ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

___ by placing ___ the original ___ a true copy enclosed in sealed envelopes addressed as follows:

__X__ **BY MAIL.**

    ___ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

    __X__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **November 28, 2007** at Santa Monica, California.

___ **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

___ **BY FACSIMILE.** I faxed a copy of the above-described document to the interested parties as set forth [above/on the attached mailing list].

Executed on **November 28, 2007** at Santa Monica, California.

__X__ **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Michelle Leslie
**Name**                                    **Signature**

**GAINES v. JOHNSON & JOHNSON, et al.**
Service List

| | |
|---|---|
| Thomas W. Pulliam, Jr., Esq.<br>Kenneth P. Conour, Esq.<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont St., 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500 telephone<br>(415) 591-7510 facsimile | Attorneys for Defendants:<br>Johnson & Johnson, A New Jersey Corp.;<br>McNeil Consumer Healthcare;<br>McKesson Corporation; and<br>Wal-Mart Stores |
| Brian D. Witzer, Esq<br>Daniel Balaban, Esq.<br>Law Offices of Brian D. Witzer, Inc.<br>Witzer Law Building<br>8752 Holloway Drive<br>West Hollywood, CA 90069<br>(310) 777-5999 - telephone<br>(310) 777-5988 - facsimile | Attorneys for Plaintiffs:<br>Estate of Thomas B. Gaines<br>Diana L. Gaines<br>Gary D. Gaines |