1

GREENE BROILLET & WHEELER, LLP
LAWYERS
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX. (310) 576-1220

(SPACE BELOW FOR FILING STAMP ONLY)

2

3

BROWNE GREENE, State Bar No. 38441
ALAN VAN GELDER, State Bar No. 221820

4

5

                    Plaintiffs

6

Attorneys for _____

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

THOMAS B. GAINES, a deceased minor
child by and through his personal
representative(s) and/or successor(s) in
interest; DIANA L. GAINES, individually, as
Executor of the Estate of Thomas B. Gaines,
and as Thomas B. Gaines' personal
representative and successor in interest;
GARY D. GAINES, as individually and as
Thomas B. Gaines' personal representative
and successor of interest; and THE ESTATE
OF THOMAS B. GAINES,

12

13

14

15

16

                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )

CASE NO.  3:07-cv-05503.EMC
(formerly CGC -06-457600)

**AMENDED NOTICE OF
ASSOCIATION OF COUNSEL**

(Complaint Filed:  12/28/04)

17                                   Plaintiffs,  )
                                                  )
18                    vs.                         )
                                                  )
19    JOHNSON & JOHNSON, a New Jersey             )
      corporation; MCNEIL CONSUMER &             )
20    SPECIALTY PHARMACEUTICALS, a               )
      Division of MCNEIL-PPC, INC., a New        )
21    Jersey corporation; MCKESSON               )
      CORPORATION, a Delaware corporation;       )
22    WAL-MART STORES, INC., a Delaware          )
      corporation; and DOES 1 through 100,       )
23    inclusive,                                  )
                                                  )
24                                   Defendants.  )
25    _____        )

26    TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

27

28

-1-

Notice of Association of Counsel

179E.D0

1    **PLEASE TAKE NOTICE** that Daniel Balaban with the Law Offices of Brian D.

2  Witzer has associated with the law firm of Greene Broillet & Wheeler, LLP., as attorneys for Plaintiffs,

3  THOMAS B. GAINES, DIANA L. GAINES, GARY D. GAINES and THE ESTATE OF THOMAS

4  B GAINES.

5    In the previous Notice filed by counsel for Plaintiffs on November 19, 2007, counsel

6  inadvertently referred to the Plaintiffs as SABRINA BRIERTON JOHNSON, KENNETH JOHNSON

7  and JOAN BRIERTON-JOHNSON.

8

9    In the future copies of all correspondence and pleadings should be mailed to:

10    **Brian D. Witzer, Esq.**
     **Daniel Balaban, Esq.**
11    **Law Offices of Brian D. Witzer, Inc.**
     **Witzer Law Building**
12    **8752 Holloway Drive**
     **West Hollywood, CA 90069**
13    **(310) 777-5999 - telephone**
     **(310) 777-5988 - fax**
14    **daniel@witzerlaw.com**

15

16  DATED:  November 27, 2007          GREENE BROILLET & WHEELER, LLP

17

18                                      _____

19                                      BROWNE GREENE
                                        ALAN VAN GELDER
                                        Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

GREENE BROILLET & WHEELER, LLP
P.O. BOX 2131
SANTA MONICA, CA 90407-2131

179E.D0

## PROOF OF SERVICE
### (C.C.P. 1013A, 2015.5)

**STATE OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 100 Wilshire Boulevard, 21st Floor, Santa Monica, California 90401.

On **November 28, 2007** I served the foregoing document, described as **AMENDED NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action

**X** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

___ by placing ___ the original ___ a true copy enclosed in sealed envelopes addressed as follows:

**X   BY MAIL.**

___ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

**X** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **November 28, 2007** at Santa Monica, California.

___ **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

___ **BY FACSIMILE.** I faxed a copy of the above-described document to the interested parties as set forth [above/on the attached mailing list].

Executed on **November 28, 2007** at Santa Monica, California.

**X (FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**Michelle Leslie**
**Name**

**Signature**

1

2

*GAINES v. JOHNSON & JOHNSON, et al.*
Service List

3

4    Thomas W. Pulliam, Jr., Esq.                    Attorneys for Defendants:
     Kenneth P. Conour, Esq.                         Johnson & Johnson, A New Jersey Corp.;
     DRINKER BIDDLE & REATH LLP                      McNeil Consumer Healthcare;
5    50 Fremont St., 20th Floor                      McKesson Corporation; and
     San Francisco, CA 94105-2235                    Wal-Mart Stores
6    (415) 591-7500 telephone
     (415) 591-7510 facsimile

7

8    Brian D. Witzer, Esq                            Attorneys for Plaintiffs:
     Daniel Balaban, Esq.                            Estate of Thomas B. Gaines
9    Law Offices of Brian D. Witzer, Inc.            Diana L. Gaines
     Witzer Law Building                             Gary D. Gaines
10   8752 Holloway Drive
     West Hollywood, CA 90069
11   (310) 777-5999 - telephone
     (310) 777-5988 - facsimile

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28