**GREENE BROILLET & WHEELER, LLP**
LAWYERS
BROWNE GREENE, STATE BAR NO. 38441
ALAN VAN GELDER, STATE BAR NO. 221820
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX. (310) 576-1220

**LAW OFFICES OF BRIAN D. WITZER, INC.**
BRIAN D. WITZER, ESQ., STATE BAR NO. 123277
ANDREW J. SPEILBERGER, ESQ., STATE BAR NO. 120231
DANIEL BALABAN, ESQ., STATE BAR NO. 243652
WITZER LAW BUILDING
8752 HOLLOWAY DRIVE
WEST HOLLYWOOD, CALIFORNIA 90069-2327
TEL. (310) 777-5999
FAX. (310) 777-5988

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for ____Plaintiffs____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS B. GAINES, a deceased minor child by and through his personal representative(s) and/or successor(s) in interest; DIANA L. GAINES, individually, as Executor of the Estate of Thomas B. Gaines, and as Thomas B. Gaines' personal representative and successor in interest; GARY D. GAINES, as individually and as Thomas B. Gaines' personal representative and successor of interest; and THE ESTATE OF THOMAS B. GAINES,<br><br>   Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, a New Jersey corporation; MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.  3:07-cv-05503.PJH<br>(formerly CGC -06-457600)<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION TO REMAND**<br><br>Complaint Filed: November 3, 2006<br><br>New Date: January 16, 2008<br>New Time: 9:00 a.m<br>New Location: Courtroom 3 |

-1-
Amended Notice of Plaintiffs' Motion to Remand

TO THE CLERK, UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff's Motion for Remand, which was originally scheduled to be heard on January 30, 2008 at 10:30 a.m. in Courtroom C of the above- entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102 has been rescheduled due to the movement of this case over to the Courtroom of Hon Phyllis J. Hamilton.

Please take notice that Plaintiff's Motion for Remand will now be heard on January 16, 2008 at 9:00 a.m. in Courtroom 3 of the above- entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102

DATED: December 11, 2007        GREENE BROILLET & WHEELER, LLP

*/s/ Mark F. Quigley*

Browne Greene
Mark Quigley
Alan Van Gelder
Attorneys for Plaintiff

# PROOF OF SERVICE
(C.C.P. 1013A, 2015.5)

**STATE OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 100 Wilshire Boulevard, 21st Floor, Santa Monica, California 90401.

OnDecember 11, 2007, I served the foregoing document, described as

**PLAINTIFF'S AMENDED NOTICE OF MOTION TO REMAND**

on the interested parties in this action

___ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

___ by placing ___ the original ___ a true copy enclosed in sealed envelopes addressed as follows:

**X  BY MAIL.**
 **X** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

___ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 11, 2007,** at Santa Monica, California.

___ **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

___ **BY FACSIMILE.** I faxed a copy of the above-described document to the interested parties as set forth [above/on the attached mailing list].

Executed on **December 11, 2007,** at Santa Monica, California.

**X  (State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Michelle Leslie*

**Michelle Leslie**
**Name**                                                      **Signature**

SERVICE LIST
*GAINES V. JOHNSON & JOHNSON*
Case No. CGC 06 457600

| | |
|---|---|
| Charles E. Preuss, Esq.<br>Thomas W. Pulliam, Jr., Esq.<br>Cheryl A. Jorgensen, Esq.<br>Vernon Zvoleff, Esq.<br>**DRINKER BIDDLE & REATH, LLP**<br>50 Fremont St., 20th Fl.<br>San Francisco, CA 94105<br>(415) 591-7558<br>Fax: (415) 591-7510 | Attorneys for Defendants **McNEIL CONSUMER HEALTHCARE, a division of McNEIL-PPC, INC. (erroneously sued as Mc NEIL CONSUMER AND SPECIALTY PHARMACEUTICALS, a Division of McNEIL-PPC, INC.) McKESSON CORPORATION, and WAL-MART STORES, INC.** |
| Brian D. Witzer, Esq.<br>Daniel Balaban, Esq.<br>**LAW OFFICES OF BRIAN D. WITZER, INC.**<br>Witzer Law Building<br>8752 Holloway Drive<br>West Hollywood, CA 90069<br>Tel: (310) 777-5999<br>Fax: (310) 777-5988 | Attorneys for Plaintiffs<br>**ESTATE OF THOMAS B. GAINES<br>DIANA L. GAINES<br>GARY D. GAINES** |