**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** January 16, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5503 PJH

**Case Name:** Thomas B. Gaines; et al. v. Johnson & Johnson; et al.

**Attorney(s) for Plaintiff:**    Daniel Balaban
**Attorney(s) for Defendant:**    Kenneth Conour

**Deputy Clerk**: Frank Justiliano    **Court Reporter**: Lydia Zinn

**PROCEEDINGS**

Plaintiffs' Motion to Remand held.   After hearing arguments from counsel, the Court finds that the removal was not timely.   Accordingly, the case is Remanded.

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc:**