ENDORSED
F I L E D
San Francisco County Superior Court

JAN 2 5 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

January 24, 2008

General Court Number
415.522.2000

FILED

FEB 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:   CV 07-5503 PJH, Thomas B. Gaines, et al. V. Johnson & Johnson, et al.
       Your Case Number: CGC-06-457600

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*
by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg