United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:   **CV-07-5503 PJH**

Date Filed:   **2/26/08**

**Document:**

_X_   Reporter's Transcript:   **1/16/08**

____   Trial Exhibits:

____   Lodged Documents:

____   Sealed Documents

____   Declaration:

____   Other:

**Location:**

_X_   Expando (Next to Case File)

____   Overflow Shelf:

____   Vault

____   Other:

## Document Number:   **31**